642

WILLIAM A. WHITE & SONS v. SEYMOUR SCOTT, Individually and as Trustee, et al.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STERLING OPTICAL CO., INC.— Motion by Sterling Optical Co., Inc., for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: "Was the order of Special Term entered on January 27, 1961 properly made?" Settle order on notice. Motion by the People of the State of New York for leave to appeal to the Court of Appeals granted. See question certified on Motion No. 6. Settle order on notice. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH STRACCI. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH B. HARRIATT. (C) THE PEOPLE OF THE STATE OF NEW YORK v. GARDNER WARE. (D) THE PEOPLE OF THE STATE OF NEW YORK v. RAUL ALICEA. (E) THE PEOPLE OF THE STATE OF NEW YORK v. ANDRE GONZALEZ. (F) THE PEOPLE OF THE STATE OF NEW YORK v. RONALD BISORDI. (G) THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST NOCKETT. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

VITO W. CALI v. STEPHEN McCARTHY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

In the Matter of the Arbitration between SAMUEL WALLACH and GEORGE COHEN.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

In the Matter of 165 BROADWAY BUILDING, INC., v. BIJUR & HERTS et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

In the Matter of SAMUEL WEISS, an Attorney. ANNE M. COLLINS; S. KLEIN ON THE SQUARE, INC.— Motion to strike appeal from calendar of this court and dismiss same granted, with $10 costs, unless the appellant includes all of the papers recited in the order entered on November 22, 1960 in its record on appeal, and procures the completed record on appeal and appellant's points to be served and filed on or before January 25, 1962, with notice of argument for February 6, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

MARY DAMIANO v. GIOVANNI DAMIANO.— Motion to dispense with printing denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.